| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Aarna Hotels, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  82-2797686

**4. Debtor's address**

Principal place of business
5720 Creedmoor Road, Suite 205
Raleigh, NC 27612
Number, Street, City, State & ZIP Code

Wake
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Aarna Hotels, LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Aarna Hotels, LLC**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **Sri Vari CRE Development LLC** |
| District | **Western District of NC Charlotte Division** When **4/29/21** |
| Relationship | **Affiliates** |
| Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **Aarna Hotels, LLC** _____     Case number (*if known*)_____
         Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Aarna Hotels, LLC**    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 29, 2021**
MM / DD / YYYY

X **/s/ Anuj N. Mittal**                                                   **Anuj N. Mittal**
Signature of authorized representative of debtor         Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ Richard S. Wright**                         Date **April 29, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**Richard S. Wright 24622**
Printed name

**Moon Wright & Houston, PLLC**
Firm name

**121 West Trade Street
Suite 1950
Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone **704-944-6560**    Email address **rwright@mwhattorneys.com**

**24622 NC**
Bar number and State

## CORPORATE RESOLUTION

The undersigned, being the sole member and manager of Aarna Hotels, LLC, a North Carolina limited liability company (the "Company"), do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the member and/or managers of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the manager of the Company, Anuj N. Mittal, is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, declarations, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the manager of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceeding and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the accounting firm of GreerWalker LLP, upon such terms and conditions as the manager of the Company shall approve, to render financial advisory services to the Company in connection with such chapter 11 proceeding and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the manager of the Company is authorized to retain on behalf of the Company such other professionals as the manager of the Company deems necessary or appropriate, upon such terms and conditions as the manager of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the manager of the Company is authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[Signature Page Follows]

MWH: 10752.001; 00025074.1

Dated: Charlotte, North Carolina
April 29, 2021

**IRIS HOTELS HOLDING, LLC**
Sole member of Aarna Hotels, LLC

By: _____
Anuj N. Mittal
Manager

By: _____
Vinita J. Mittal
Manager

**AARNA HOTELS, LLC**

By: _____
Anuj N. Mittal
Manager

Fill in this information to identify the case:

Debtor name: **Aarna Hotels, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **A Plus Services of the Carolinas, Inc.** 1101 Tyvola Rd Suite 105 Charlotte, NC 28217 | | | | | | $21,809.87 |
| **Automated Systems Design, Inc.** 775 Goddard Ct Alpharetta, GA 30005 | | | | | | $8,713.49 |
| **City Park Master Owners Association** PO Box 998 C/O Kuester Management Commerce, GA 30529 | | | | | | $1,729.30 |
| **Cleveland Construction, Inc.** 8620 Tyler Blvd Mentor, OH 44060 | | | | | | $175,000.00 |
| **Guest Supply** PO Box 6771 Somerset, NJ 08875 | | | | | | $1,404.30 |
| **HD Supply Facilities Maintenance** PO Box 509058 San Diego, CA 92150 | | | | | | $961.89 |
| **Lawrence Landscape Group** 4833 Berewick Town Center Dr. Suite E220 Charlotte, NC 28278 | | | | | | $632.00 |

Debtor **Aarna Hotels, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **P&L Coliseum, LP** 3330 Cumberland Blvd. Suite 300 Atlanta, GA 30339 | | | Disputed | | | $14,781.00 |
| **Pepsi Bottle Ventures, LLC** PO Box 75990 Charlotte, NC 28275 | | | | | | $727.69 |
| **Piedmont Natural Gas** PO Box 1246 Charlotte, NC 28201 | | | | | | $3,005.48 |
| **RFID Hotel** PO Box 850001 Orlando, FL 32885 | | | | | | $267.66 |
| **Royal Cup, Inc.** PO Box 841000 Dallas, TX 75284 | | | | | | $589.13 |
| **Schindler Elevator Corporation** PO Box 93050 Chicago, IL 60673 | | | | | | $804.38 |
| **Southern Comfort Zone** 10819 Jordan Rae Lane Charlotte, NC 28277 | | | | | | $265.45 |
| **The Wasserstrom Company** PO Box 182056 Columbus, OH 43218 | | | | | | $355.75 |
| **Trane U.S. Inc.** PO Box 406469 Atlanta, GA 30384 | | | | | | $1,704.85 |
| **Uptown Catering Company/Over the Rainbow** 1431 Bryant St. Charlotte, NC 28208 | | | | | | $615.20 |
| **US Foods, Inc.** PO Box 602292 Charlotte, NC 28260 | | | | | | $2,113.45 |
| **Vistar** PO Box 951080 Dallas, TX 75395 | | | | | | $449.40 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Aarna Hotels, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WM Corporate Service, Inc.**<br>**AS Payment Agent**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** | | | | | | **$386.87** |

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Aarna Hotels, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Iris Hotels Holding, LLC<br>5720 Creedmoor Road, Suite 205<br>Raleigh, NC 27612 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 29, 2021**    Signature **/s/ Anuj N. Mittal**  
**Anuj N. Mittal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Aarna Hotels, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 29, 2021**

**/s/ Anuj N. Mittal**  
**Anuj N. Mittal**/**Manager**  
Signer/Title

A Plus Services of the Carolinas, Inc.
1101 Tyvola Rd
Suite 105
Charlotte, NC 28217


Automated Systems Design, Inc.
775 Goddard Ct
Alpharetta, GA 30005


Cintas
PO Box 630803
Cincinnati, OH 45263


City Park Master Owners Association
PO Box 998
C/O Kuester Management
Commerce, GA 30529


Cleveland Construction, Inc.
8620 Tyler Blvd
Mentor, OH 44060


Ecolab Food Safety Specialties
24198 Network Place
Chicago, IL 60673


Ecolab, Inc.
PO Box 32027
New York, NY 10087


Georgia's Own Credit Union
Commercial Lending Group
100 Peachtree Street, Suite 2800
Atlanta, GA 30303


Guest Supply
PO Box 6771
Somerset, NJ 08875


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150

Iris Hotels Holding, LLC
5720 Creedmoor Rd
Suite 205
Raleigh, NC 27612


Lawrence Landscape Group
4833 Berewick Town Center Dr.
Suite E220
Charlotte, NC 28278


Leslie's Swimming Pool Supplies
PO Box 501162
St. Louis, MO 63150


M2 Charlotte Airport LLC
1503 LBJ Freeway
Suite 300
Dallas, TX 75234


Mecklenburg ABC Board
3333 North Tryon St.
Charlotte, NC 28206


P&L Coliseum, LP
3330 Cumberland Blvd.
Suite 300
Atlanta, GA 30339


Parker Poe Adams & Bernstein
620 S. Tryon Street, Suite 800
Bank of America Tower
Charlotte, NC 28202


Pepsi Bottle Ventures, LLC
PO Box 75990
Charlotte, NC 28275


Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201


RFID Hotel
PO Box 850001
Orlando, FL 32885

Royal Cup, Inc.
PO Box 841000
Dallas, TX 75284

ScentAir Technologies, LLC
PO Box 978754
Dallas, TX 75397

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673

Southern Comfort Zone
10819 Jordan Rae Lane
Charlotte, NC 28277

The Wasserstrom Company
PO Box 182056
Columbus, OH 43218

Time Warner Cable
PO Box 4617
Carol Stream, IL 60197

Trane U.S. Inc.
PO Box 406469
Atlanta, GA 30384

Uptown Catering Company/Over the Rainbow
1431 Bryant St.
Charlotte, NC 28208

US Foods, Inc.
PO Box 602292
Charlotte, NC 28260

Vistar
PO Box 951080
Dallas, TX 75395

WM Corporate Service, Inc.
AS Payment Agent
PO Box 4648
Carol Stream, IL 60197

# United States Bankruptcy Court
## Western District of North Carolina

In re **Aarna Hotels, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Aarna Hotels, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Iris Hotels Holding, LLC**
**5720 Creedmoor Road, Suite 205**
**Raleigh, NC 27612**

☐ None [*Check if applicable*]

**April 29, 2021**

Date

**/s/ Richard S. Wright**
**Richard S. Wright 24622**
Signature of Attorney or Litigant
Counsel for **Aarna Hotels, LLC**
**Moon Wright & Houston, PLLC**
**121 West Trade Street**
**Suite 1950**
**Charlotte, NC 28202**
**704-944-6560 Fax:704-944-0380**
**rwright@mwhattorneys.com**