# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

_____

In re:

    **AARNA HOTELS, LLC**,    Case No. 21-30249
                       Debtor.    Chapter 11

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
_____

    **PLEASE TAKE NOTICE** that **M2 CHARLOTTE AIRPORT LLC** ("M2") hereby requests as provided in 11 U.S.C. §§101(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

    Ashley A. Edwards, Esq.
    Parker Poe Adams & Bernstein LLP
    620 South Tryon Street, Suite 800
    Charlotte, North Carolina 28202
    Telephone: (704) 372-9000

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

    **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of M2's (i) right to have final orders in noncore matters entered only after *de novo* review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which M2 are or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments M2 expressly reserve. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the Western District of North Carolina, all of which rights are reserved without prejudice.

    This the 30th day of April, 2021.

                                        /s/ Ashley A. Edwards, Esq.
                                        Ashley A. Edwards, Esq. (NC Bar No. 40695)
                                        Parker Poe Adams & Bernstein LLP
                                        620 South Tryon Street, Suite 800
                                        Charlotte, North Carolina 28202
                                        Telephone: (704) 372-9000
                                        ashleyedwards@parkerpoe.com
                                        *Attorneys for M2 Charlotte Airport LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Richard S. Wright, Esq.
Moon Wright Houston PLLC
121 West Trade Street, Suite 1950
Charlotte, North Carolina 28202
*Attorneys for Debtor*

U.S. Bankruptcy Administrator Office
402 West Trade Street, Suite 200
Charlotte, North C 28202-1669

This the 30th day of April, 2021.

/s/ Ashley A. Edwards, Esq.
Ashley A. Edwards, Esq. (NC Bar No. 40695)
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
ashleyedwards@parkerpoe.com
*Attorneys for M2 Charlotte Airport LLC*

PPAB 6286207v1