**Fill in this information to identify the case:**

Debtor name  **Aarna Hotels, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **21-30249**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 20, 2021**      X */s/ Anuj N. Mittal*
                                    Signature of individual signing on behalf of debtor

                                    **Anuj N. Mittal**
                                    Printed name

                                    **Manager**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Aarna Hotels, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **21-30249**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................   $   **23,050,000.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*......................................................................   $   **3,542,575.44**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................   $   **26,592,575.44**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $   **19,853,075.01**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................   $   **24,031.07**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   **262,291.58**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b        $   **20,139,397.66**

**Fill in this information to identify the case:**

Debtor name     **Aarna Hotels, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **21-30249**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$2,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Georgia's Own Credit Union** | **Checking** | **7132** | $175,176.31 |
| 3.2. | **Georgia's Own Credit Union** | **Savings** | **7123** | $5.00 |
| 3.3. | **Branch Banking & Trust Company/Truist** | **Depository** | **1844** | $12,446.77 |
| 3.4. | **Pinnacle Financial Partners** | **Operating** | **7179** | $1,248.14 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $191,376.22 |
|---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Aarna Hotels, LLC** | Case number *(If known)* **21-30249** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit - Charlotte Water/Sewer** | **$100.00** |
|---|---|---|

| 7.2. | **Security Deposit - Piedmont Natural Gas** | **$1,092.00** |
|---|---|---|

| 7.3. | **Security Deposit - Duke Energy** | **$27,725.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid insurance** | **$6,952.18** |
|---|---|---|

| 8.2. | **Prepaid advertising** | **$5,358.18** |
|---|---|---|

| 8.3. | **Prepaid dues/subscriptions** | **$4,603.26** |
|---|---|---|

| 8.4. | **Prepaid maintenance contracts** | **$2,081.32** |
|---|---|---|

| 8.5. | **Prepaid other** | **$3,340.51** |
|---|---|---|

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$51,252.45**

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **51,122.00** | - | **0.00** | = .... | **$51,122.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Aarna Hotels, LLC** | Case number *(If known)* **21-30249** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | $51,122.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Food/beverage/guest amenities | | $0.00 | Cost | $8,927.00 |

| 23. | **Total of Part 5.** | $8,927.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Debtor    **Aarna Hotels, LLC**                                      Case number *(If known)*  **21-30249**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Operating supplies and equipment, telephone system, office supplies** | **$0.00** | Cost | **$252,668.19** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | **$252,668.19**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Kitchen/vending equipment, laundry equipment, exterior and interior signage** | **$0.00** | Cost | **$281,591.84** |

51. **Total of Part 8.** | **$281,591.84**
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

| Debtor | **Aarna Hotels, LLC** | Case number *(If known)* **21-30249** |
|---|---|---|
| | Name | |

■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.       Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3928 Memorial Parkway Charlotte, NC Land/Building/Improvements** | | **$0.00** | | **$23,050,000.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$23,050,000.00** |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Debtor | **Aarna Hotels, LLC** | Case number *(If known)* **21-30249** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 73. | Interests in insurance policies or annuities | |
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership **Guest room and public space casegoods Seating, wall coverings, wall decor, flooring, lighting, bedding, appliances, TVs, window treatments, IT hardware/software, low voltage wiring, property management system, gym and pool equipment** | **$2,705,637.74** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$2,705,637.74** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **Aarna Hotels, LLC**  _____   Case number *(If known)*  **21-30249**
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $191,376.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $51,252.45 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $51,122.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,927.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $252,668.19 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $281,591.84 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $23,050,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,705,637.74 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,542,575.44 | + 91b. $23,050,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,592,575.44 |

**Fill in this information to identify the case:**

Debtor name    **Aarna Hotels, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **21-30249**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **M2 Charlotte Airport LLC**

Creditor's Name

**1503 LBJ Freeway**
**Suite 300**
**Dallas, TX 75234**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2CA1**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3928 Memorial Parkway**
**Charlotte, NC**
**Land/Building/Improvements**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Column A: **$19,853,075.01**    Column B: **$23,050,000.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$19,853,075.01**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Aarna Hotels, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **21-30249**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Mecklenburg County Tax Collector**<br>**PO Box 31457**<br>**Charlotte, NC 28231-1457** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,143.68 | $12,143.68 |
| | Date or dates debt was incurred | Basis for the claim:<br>**April 2021 Lodging Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,887.39 | $11,887.39 |
| | Date or dates debt was incurred | Basis for the claim:<br>**April 2021 Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Aarna Hotels, LLC** | Case number (*if known*) | **21-30249** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,809.87**

**A Plus Services of the Carolinas, Inc.**
1101 Tyvola Rd
Suite 105
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,713.49**

**Automated Systems Design, Inc.**
775 Goddard Ct
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2880**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.89**

**Cintas**
PO Box 630803
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5552**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,729.30**

**City Park Master Owners Association**
PO Box 998
C/O Kuester Management
Commerce, GA 30529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4069**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00**

**Cleveland Construction, Inc.**
8620 Tyler Blvd
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **CPAL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.69**

**Ecolab Food Safety Specialties**
24198 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0642**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$174.95**

**Ecolab, Inc.**
PO Box 32027
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7906**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Aarna Hotels, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **21-30249** |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Georgia's Own Credit Union
Commercial Lending Group
100 Peachtree Street, Suite 2800
Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,404.30 |
|---|---|---|---|

**Guest Supply
PO Box 6771
Somerset, NJ 08875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8966**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $961.89 |
|---|---|---|---|

**HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0311**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,891.53 |
|---|---|---|---|

**Iris Hotels Holding, LLC
5720 Creedmoor Rd
Suite 205
Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan for Payroll__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.00 |
|---|---|---|---|

**Lawrence Landscape Group
4833 Berewick Town Center Dr.
Suite E220
Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.58 |
|---|---|---|---|

**Leslie's Swimming Pool Supplies
PO Box 501162
St. Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8245**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.90 |
|---|---|---|---|

**Mecklenburg ABC Board
3333 North Tryon St.
Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7957**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aarna Hotels, LLC** | Case number (if known) | **21-30249** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**P&L Coliseum, LP**
3330 Cumberland Blvd.
Suite 300
Atlanta, GA 30339

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,781.00

---

**3.16** | Nonpriority creditor's name and mailing address
**Parker Poe Adams & Bernstein**
620 S. Tryon Street, Suite 800
Bank of America Tower
Charlotte, NC 28202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.17** | Nonpriority creditor's name and mailing address
**Pepsi Bottle Ventures, LLC**
PO Box 75990
Charlotte, NC 28275

Date(s) debt was incurred _
Last 4 digits of account number  **7582**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$727.69

---

**3.18** | Nonpriority creditor's name and mailing address
**Piedmont Natural Gas**
PO Box 1246
Charlotte, NC 28201

Date(s) debt was incurred _
Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,005.48

---

**3.19** | Nonpriority creditor's name and mailing address
**RFID Hotel**
PO Box 850001
Orlando, FL 32885

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$267.66

---

**3.20** | Nonpriority creditor's name and mailing address
**Royal Cup, Inc.**
PO Box 841000
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number  **8771**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$589.13

---

**3.21** | Nonpriority creditor's name and mailing address
**ScentAir Technologies, LLC**
PO Box 978754
Dallas, TX 75397

Date(s) debt was incurred _
Last 4 digits of account number  **8681**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$205.92

---

Debtor  **Aarna Hotels, LLC**
Name

Case number (if known)   **21-30249**

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.38 |
|---|---|---|---|

**Schindler Elevator Corporation**
PO Box 93050
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9162**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.45 |
|---|---|---|---|

**Southern Comfort Zone**
10819 Jordan Rae Lane
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.75 |
|---|---|---|---|

**The Wasserstrom Company**
PO Box 182056
Columbus, OH 43218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9081**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.96 |
|---|---|---|---|

**Time Warner Cable**
PO Box 4617
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,704.85 |
|---|---|---|---|

**Trane U.S. Inc.**
PO Box 406469
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **4980**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.20 |
|---|---|---|---|

**Uptown Catering Company/Over the Rainbow**
1431 Bryant St.
Charlotte, NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,113.45 |
|---|---|---|---|

**US Foods, Inc.**
PO Box 602292
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9549**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aarna Hotels, LLC** | | Case number (if known) | **21-30249** |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$449.40** |
|---|---|---|---|
| | **Vistar**<br>**PO Box 951080**<br>**Dallas, TX 75395** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6501** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$386.87** |
|---|---|---|---|
| | **WM Corporate Service, Inc.**<br>**AS Payment Agent**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3002** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 24,031.07 |
| **5b. Total claims from Part 2** | 5b. + | $ | 262,291.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 286,322.65 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **Aarna Hotels, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **21-30249**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **SalesPro software for sales and events management** | |
|  State the term remaining **Expires 2/12/2021 (Annual)** | **Amadeus Hospitality Americas**<br>**75 New Hampshire Avenue, Suite 300**<br>**Portsmouth, NH 03801** |
|  List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Dish machine leases** | |
|  State the term remaining **Expires 1/20/2022 (Annual)** | **Ecolab**<br>**PO Box 32027**<br>**New York, NY 10087** |
|  List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Pest control services under master contract with Midas Hospitality, LLC** | |
|  State the term remaining | **Ecolab, Inc.**<br>**370 Wabasha Street North**<br>**Saint Paul, MN 55102** |
|  List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Commercial General Liability Insurance** | |
|  State the term remaining **Expires 7/1/2021** | **Huntleigh McGehee**<br>**8235 Forsyth Blvd, Suite 1200**<br>**Saint Louis, MO 63105** |
|  List the contract number of any government contract | |

Debtor 1  **Aarna Hotels, LLC**
First Name    Middle Name    Last Name

Case number (*if known*)   **21-30249**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping services** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/31/2022 (Annual)** | **Lawrence Landscaping**<br>**4200 Shopton Road**<br>**Charlotte, NC 28217** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 2/2040** | **Marriott International, Inc.**<br>**Corporate Headquarters**<br>**10400 Fernwood Road**<br>**Bethesda, MD 20817** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Service agreement for in-house telephone system** | |
|---|---|---|---|
| | State the term remaining | | **Mid-America Telephone Systems**<br>**618 Cepi Drive, Suite A**<br>**Chesterfield, MO 63005** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of hotel shuttle van** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/30/2024** | **Midas Charlotte CP, LLC**<br>**1804 Borman Circle Drive**<br>**Suite 100**<br>**Saint Louis, MO 63146** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/2021** | **Midas Hospitality, LLC**<br>**1804 Borman Circle Drive**<br>**Suite 100**<br>**Saint Louis, MO 63146** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lobby music program** | |
|---|---|---|---|
| | State the term remaining | **Expires 2/27/2023** | **Mood Media**<br>**3318 Lakemont Blvd.**<br>**Fort Mill, SC 29708** |
| | List the contract number of any | | |

| Debtor 1 | **Aarna Hotels, LLC** | | | Case number *(if known)* | **21-30249** |
| | First Name | Middle Name | Last Name | | |

<span style="background-color:#3d0038;color:#3d0038">████</span> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lobby video board contract** | |
| | State the term remaining | **Expires 2/19/2022 (Annual)** | **Niio, Inc.** |
| | List the contract number of any government contract | | **5960 South Land Park Drive, Suite 605**<br>**Sacramento, CA 95822** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Support service for micros in WXYZ Bar** | |
| | State the term remaining | **Expires 2/5/2022 (Annual)** | **Oracle America, Inc.** |
| | List the contract number of any government contract | | **500 Oracle Parkway**<br>**Redwood City, CA 94065** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Fire alarm monitoring services** | |
| | State the term remaining | | **Pye Barker Fire & Safety, LLC** |
| | List the contract number of any government contract | | **13142 Albemarle Rd**<br>**Charlotte, NC 28227-6923** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Software agreement** | |
| | State the term remaining | **Expires 10/1/2021 (Annual)** | **Quore Systems, LLC** |
| | List the contract number of any government contract | | **2000 Meridian Boulevard, Suite 200**<br>**Franklin, TN 37067** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lobby scenting** | |
| | State the term remaining | **Expires 2/20/2023** | **Scentair Technologies** |
| | List the contract number of any government contract | | **3810 Shutterfly Road #900**<br>**Charlotte, NC 28217** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator maintenance service** | **Schlindler Elevator Company**<br>**900 Centerpark Drive #D**<br>**Charlotte, NC 28217** |

| Debtor 1 | **Aarna Hotels, LLC** | | | Case number (*if known*) | **21-30249** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract _____

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Service to monitor high-speed internet and internet TV** | |
|---|---|---|---|
| | State the term remaining | **Expires 2/27/2023** | **Sonifi** |
| | List the contract number of any government contract _____ | | **3900 West Innovation Street Sioux Falls, SD 57107** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Television service for guest rooms** | |
|---|---|---|---|
| | State the term remaining | **Expires 2/9/2025** | **Spectrum** |
| | List the contract number of any government contract _____ | | **1813 Spring Garden Street Greensboro, NC 27403** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Business center computer** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/31/2022 (Annual)** | **Uniguest** |
| | List the contract number of any government contract _____ | | **2926 Kraft Drive Nashville, TN 37204** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of multifunctional copier, scanner and fax machine** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Vendor Financial Services** |
| | List the contract number of any government contract _____ | | **PO Box 740540 Atlanta, GA 30374-0540** |

**Fill in this information to identify the case:**

Debtor name __**Aarna Hotels, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**21-30249**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Anuj and Vinita Mittal** | **104 Green Park Lane Cary, NC 27518** | **M2 Charlotte Airport LLC** | ■ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Aarna Hotels, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **21-30249**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$551,795.00** |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | **$638,325.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | **Midas Hospitality PPP loan funds and interest income** | **$43,174.00** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **Aarna Hotels, LLC**

Case number *(if known)*  **21-30249**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list.** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Anuj N. Mittal** | **6/25/2020** | **$8,918.90** | **Credit Card Reimbursement** |
| 4.2. **Anuj N. Mittal** | **7/21/2020** | **$214.00** | **Credit Card Reimbursement** |
| 4.3. **Courtyard Charlotte Steele Creek** | **1/21/2021** | **$93.14** | |
| 4.4. **Courtyard Charlotte Steele Creek** | **12/29/2020** | **$279.12** | |
| 4.5. **Courtyard Charlotte Steele Creek** | **11/17/2020** | **$128.88** | |
| 4.6. **Courtyard Charlotte Steele Creek** | **11/4/2020** | **$223.85** | |
| 4.7. **MGM Group Managers** | **8/24/2020** | **$50,000.00** | **Bank approved project construction fee payments** |
| 4.8. **MGM Group Managers** | **7/28/2020** | **$50,000.00** | **Bank approved project construction fee payments** |
| 4.9. **MGM Group Managers** | **6/29/2020** | **$50,000.00** | **Bank approved project construction fee payments** |
| 4.10. **MGM Group Managers** | **6/25/2020** | **$50,000.00** | **Bank approved project construction fee payments** |
| 4.11 **MGM Group Managers** | **5/6/2020** | **$50,000.00** | **Bank approved project construction fee payments** |
| 4.12 **Residence Inn Steele Creek** | **2/17/2021** | **$359.68** | |
| 4.13 **Residence Inn Steele Creek** | **1/5/2021** | **$85.38** | |
| 4.14 **Residence Inn Steele Creek** | **9/9/2020** | **$1,074.22** | |
| 4.15 **Residence Inn Steele Creek** | **9/1/2020** | **$432.40** | |
| 4.16 **Residence Inn Steele Creek** | **8/25/2020** | **$746.54** | |
| 4.17 **Residence Inn Steele Creek** | **8/11/2020** | **$1,965.77** | |

| Debtor | Aarna Hotels, LLC | Case number *(if known)* | 21-30249 |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **The DLS Company LLV vs. Cleveland Construction, Inc. and Aarna Hotels LLC 21-CVS-4882** | **Breach of contract/Lien perfection** | **Mecklenburg County Superior Court 832 E 4th St #2132 Charlotte, NC 28202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Aarna Hotels, LLC**                                    Case number *(if known)*   **21-30249**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Moon Wright & Houston, PLLC 121 West Trade Street Suite 1950 Charlotte, NC 28202** | **Attorney Fees** | **4/29/2021** | **$3,138.00** |
|  | Email or website address **rwright@mwhattorneys.com** |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |
| 11.2. | **GreerWalker LLP 227 W. Trade Street Charlotte, NC 28202** |  | **4/28/2021** | **$15,000.00** |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Debtor | Aarna Hotels, LLC | Case number *(if known)* 21-30249 |
|---|---|---|

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Aarna Hotels, LLC** | Case number *(if known)* **21-30249** |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **Aarna Hotels, LLC**                                            Case number *(if known)* **21-30249**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Midas Hospitality, LLC**<br>**1804 Borman Circle Drive**<br>**Suite 100**<br>**Saint Louis, MO 63146** | **4/2019 - Current** |
| 26a.2.  **AT Allen & Company, LLP**<br>**2245 Gateway Access Point, #201**<br>**Raleigh, NC 27607** | **4/2019 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Midas Hospitality, LLC**<br>**1804 Borman Circle Drive**<br>**Suite 100**<br>**Saint Louis, MO 63146** | **4/2019 - Current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **AT Allen & Company, LLP**<br>**2245 Gateway Access Point, #201**<br>**Raleigh, NC 27607** | **4/2019 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Midas Hospitality, LLC**<br>**1804 Borman Circle Drive**<br>**Suite 100**<br>**Saint Louis, MO 63146** | |
| 26c.2.  **AT Allen & Company, LLP**<br>**2245 Gateway Access Point, #201**<br>**Raleigh, NC 27607** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Georgia's Own Credit Union**<br>**Commercial Lending Group**<br>**100 Peachtree Street, Suite 2800**<br>**Atlanta, GA 30303** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **Aarna Hotels, LLC**                                         Case number *(if known)* **21-30249**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | **3/31/2021** | **Food $3,648.08** |
| | **Name and address of the person who has possession of inventory records** **Midas Hospitality, LLC** **1804 Borman Circle Drive** **Suite 100** **Saint Louis, MO 63146** | | |
| 27.2. | | **4/30/2021** | **Food $3,855.86** |
| | **Name and address of the person who has possession of inventory records** **Midas Hospitality, LLC** **1804 Borman Circle Drive** **Suite 100** **Saint Louis, MO 63146** | | |
| 27.3. | | **3/31/2021** | **Beverage $5,158.97** |
| | **Name and address of the person who has possession of inventory records** **Midas Hospitality, LLC** **1804 Borman Circle Drive** **Suite 100** **Saint Louis, MO 63146** | | |
| 27.4. | | **4/30/2021** | **Beverage $5,070.70** |
| | **Name and address of the person who has possession of inventory records** **Midas Hospitality, LLC** **1804 Borman Circle Drive** **Suite 100** **Saint Louis, MO 63146** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Iris Hotels Holdings, LLC** | **5720 Creedmoor Road, Suite 205 Raleigh, NC 27612** | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

| Debtor | Aarna Hotels, LLC | Case number *(if known)* | 21-30249 |

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __May 20, 2021__

__/s/ Anuj N. Mittal__                                    __Anuj N. Mittal__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Manager__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

**SOFA No. 3**

Aarna Hotels, LLC
Payment  Register
From 1/29/2021 to 4/29/2021

| Date | Vendor | Type | Amount | Total Paid | Total owed |
|---|---|---|---|---|---|
| 2/23/2021 | A Plus Services of the Carolinas, Inc. | Regular | 1,823.72 | | |
| 3/2/2021 | A Plus Services of the Carolinas, Inc. | Regular | 4,717.00 | | |
| 3/16/2021 | A Plus Services of the Carolinas, Inc. | Regular | 3,493.55 | | |
| 3/23/2021 | A Plus Services of the Carolinas, Inc. | Regular | 1,608.26 | | |
| 3/30/2021 | A Plus Services of the Carolinas, Inc. | Regular | 4,301.42 | | |
| 4/6/2021 | A Plus Services of the Carolinas, Inc. | Regular | 4,786.30 | | |
| 4/13/2021 | A Plus Services of the Carolinas, Inc. | Regular | 2,085.35 | | |
| 4/20/2021 | A Plus Services of the Carolinas, Inc. | Regular | 2,493.11 | 25,308.71 | 21,809.87 |
| 2/23/2021 | City of Charlotte 6560 | Regular | 2,052.85 | | |
| 3/23/2021 | City of Charlotte 6560 | Regular | 2,797.00 | | |
| 4/20/2021 | City of Charlotte 6560 | Regular | 2,295.59 | 7,145.44 | 0.00 |
| 2/19/2021 | City-County Tax Collector* | ACH | 6,692.80 | | |
| 2/19/2021 | City-County Tax Collector* | ACH | 73.92 | | |
| 3/18/2021 | City-County Tax Collector* | ACH | 8,057.53 | | |
| 4/20/2021 | City-County Tax Collector* | ACH | 8,578.07 | | |
| 4/20/2021 | City-County Tax Collector** | ACH | 87.26 | 23,489.58 | 12,143.68 |
| 2/17/2021 | Marriott International Inc. | Regular | 10,842.30 | | |
| 3/9/2021 | Marriott International Inc. | Regular | 10,453.30 | | |
| 4/13/2021 | Marriott International Inc. | Regular | 11,840.21 | 33,135.81 | 0.00 |
| 2/17/2021 | Midas Charlotte CP, LLC | Regular | 7,669.52 | | |
| 2/23/2021 | Midas Charlotte CP, LLC | Regular | 3,000.00 | | |
| 3/9/2021 | Midas Charlotte CP, LLC | Regular | 4,906.90 | | |
| 4/6/2021 | Midas Charlotte CP, LLC | ACH | 7,465.79 | | |
| 4/6/2021 | Midas Charlotte CP, LLC | Regular | 2,392.85 | 25,435.06 | 0.00 |
| 2/17/2021 | Midas Hospitality, LLC | Regular | 4,785.30 | | |
| 3/9/2021 | Midas Hospitality, LLC | Regular | 5,298.27 | | |
| 4/8/2021 | Midas Hospitality, LLC | ACH | 5,269.19 | | |
| 2/23/2021 | Midas Hospitality, LLC * | Regular | **VOID** | | |
| 2/25/2021 | Midas Hospitality, LLC * | Regular | 1,940.53 | | |
| 3/30/2021 | Midas Hospitality, LLC * | Regular | 1,514.70 | 18,807.99 | 0.00 |
| 2/19/2021 | North Carolina Depoartment of Revenue* | ACH | 6,601.24 | | |
| 3/18/2021 | North Carolina Depoartment of Revenue* | ACH | 7,895.75 | | |
| 4/20/2021 | North Carolina Depoartment of Revenue* | ACH | 8,405.40 | 22,902.39 | 11,887.39 |
| 2/23/2021 | Piedmont Natural Gas  0001 | Regular | 4,488.08 | | |
| 3/23/2021 | Piedmont Natural Gas  0001 | Regular | 3,971.31 | 8,459.39 | 3,005.48 |
| 2/9/2021 | US Foods, Inc. | Regular | 655.85 | | |
| 2/17/2021 | US Foods, Inc. | Regular | 689.56 | | |
| 2/23/2021 | US Foods, Inc. | Regular | 949.11 | | |
| 3/9/2021 | US Foods, Inc. | Regular | 492.01 | | |
| 3/16/2021 | US Foods, Inc. | Regular | 568.19 | | |
| 3/23/2021 | US Foods, Inc. | Regular | 22.49 | | |
| 3/30/2021 | US Foods, Inc. | Regular | 2,054.76 | | |
| 4/6/2021 | US Foods, Inc. | Regular | 1,922.11 | | |
| 4/13/2021 | US Foods, Inc. | Regular | 1,231.87 | | |
| 4/20/2021 | US Foods, Inc. | Regular | 1,000.89 | 9,586.84 | 2,113.45 |
| 2/17/2021 | Duke Energy | ACH | 6,434.43 | | |

| | | | | | |
|---|---|---|---|---|---|
| 4/20/2021 | Duke Energy | ACH | 6,417.77 | | |
| 3/18/2021 | Duke Energy | ACH | 6,705.63 | 19,557.83 | 0.00 |
| 2/9/2021 | Time Warner Cable - 401-001 | ACH | 199.96 | | |
| 3/9/2021 | Time Warner Cable - 401-001 | ACH | 199.96 | | |
| 3/30/2021 | Time Warner Cable - 401-001 | ACH | 199.96 | | |
| 2/17/2021 | Time Warner Cable - 4601-001 | ACH | 2,833.22 | | |
| 3/16/2021 | Time Warner Cable - 4601-001 | ACH | 2,833.22 | | |
| 4/20/2021 | Time Warner Cable - 4601-001 | ACH | 2,833.22 | 9,099.54 | 199.96 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Aarna Hotels, LLC** _____    Case No.  **21-30249**
                                              Debtor(s)              Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $  **Normal Hourly Rates**

    Prior to the filing of this statement I have received _____  $          **26,738.00**

    Balance Due _____  $              **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Debtor paid a trust deposit of $26,738.00.  $3,138.00 was applied to pre-petition work. $23,600.00 remains on
        account for post-petition work.  Debtor has agreed to pay post-petition fees and expenses as approved by the
        Bankruptcy Court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of
    the Bankruptcy Code.**

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 20, 2021** _____          **/s/ Richard S. Wright**
_Date_                                             **Richard S. Wright 24622**
                                                   _Signature of Attorney_
                                                   **Moon Wright & Houston, PLLC**
                                                   **121 West Trade Street**
                                                   **Suite 1950**
                                                   **Charlotte, NC 28202**
                                                   **704-944-6560  Fax: 704-944-0380**
                                                   **rwright@mwhattorneys.com**
                                                   _Name of law firm_

---